No. 01–10742.  COOPER v. CALDERON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–10743.  SPAIN v. WASTE MANAGEMENT OF TEXAS, INC. Ct. App. Tex., 2d Dist.  Certiorari denied.

No. 01–10745.  BROOKS v. TEXAS.  Ct. App. Tex., 12th Dist. Certiorari denied.

No. 01–10746.  WATKINS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 01–10747.  YANCEY v. RASCOE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 01–10748.  WIEGERS v. WEBER, WARDEN, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 01–10749.  VANDI v. ABBEVILLE CITY COURT, VERMILION PARISH, LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 01–10750.  WOLF ET UX. v. SCOBIE ET AL.  C. A. 7th Cir. Certiorari denied.

No. 01–10751.  SMITH v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 01–10752.  PENIGAR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 01–10753.  DURAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 01–10754.  MCKNIGHT v. UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 01–10755.  WILBERT v. LARSON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 01–10756.  DAY v. VIRGINIA PAROLE BOARD ET AL.  Sup. Ct. Va.  Certiorari denied.

No. 01–10757.  AYERS ET AL. v. MUSGROVE, GOVERNOR OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.